IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: STEPHANIE JO HARRIMAN,

    Debtors in Possession,

                                /

No. C 13-5099 SI

**ORDER DISMISSING CASE**

On October 31, 2013, appellant Stephanie Jo Harriman filed a notice of appeal of an October 2, 2013 "Order Denying Motion to Value Collateral," entered in Bankruptcy Case No. 12-49371.

On March 12, 2014, this Court directed the parties to file a joint status statement explaining why the parties have not taken any action in this appeal since it was filed. On March 18, 2014, the parties filed a statement informing the Court that on November 26, 2013, the bankruptcy court entered an Order Vacating Order and Memorandum of Decision, in which the court vacated the October 2, 2013 Order Denying Motion to Value Collateral. The bankruptcy court ordered further briefing and has taken the matter under submission.

Accordingly, as the October 2, 2013 Order Denying Motion to Value Collateral that was the subject of this appeal has been vacated, this Court DISMISSES this appeal for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: March 20, 2014

                                                                         SUSAN ILLSTON
                                                                         UNITED STATES DISTRICT JUDGE