IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: STEPHANIE JO HARRIMAN,

Debtors in Possession,

_____/

No. C 13-5099 SI

**JUDGMENT**

This bankruptcy appeal has been DISMISSED for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 20, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE